The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Dated: March 30 2022

Mary Ann Whipple
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re ) | Case No. 21-31834 |
| ) | |
| **Robert S. Fuller, Jr.** ) | Chapter 7 |
| ) | |
| Debtor(s) ) | JUDGE MARY ANN WHIPPLE |
| ) | |

### ORDER VACATING CASE CLOSING

This case comes before the Court upon its own review of the file, specifically the Final Decree [Doc #35], dated February 22, 2022. Pursuant to F.R.Civ.P. 60(a), made applicable to this case by F.R.Bankr.P. 9024, the Court finds that this case closing was processed in error.

For good cause shown, it is

**ORDERED** that the Final Decree [Doc #35] is hereby **VACATED** and the case is **REOPENED WITHOUT THE PAYMENT OF A FILING FEE**.

###