In re:  Case No. 21-31834-maw
Robert S Fuller, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: mknei     Page 1 of 2
Date Rcvd: Mar 30, 2022     Form ID: pdf701     Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Fuller, Jr., 18330 Brim Rd lot 19, Bowling Green, OH 43402-8927 |
| 27088512 | + | Anwar Saleh, 2808 Sanibel Ln., Lambertville, MI 48144-9449 |
| 27088513 | #+ | Buckeye Cable, 5566 Southwyck Blvd,, Toledo, OH 43614-1536 |
| 27088514 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 27088515 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742510, Cincinnati, OH 45274 |
| 27088522 | + | Toledo Municipal Court, 555 North Erie Street, Toledo, OH 43604-3391 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27088516 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 30 2022 20:34:00 | CREDITACPT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 |
| 27088517 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 30 2022 20:34:00 | First Energy, 76 E. Main St., Akron, OH 44308 |
| 27088518 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 30 2022 20:35:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 27088519 | + | Email/Text: support@sensibleauto.com | Mar 30 2022 20:35:00 | SENSBL AUTO, 275 MIDDLESEX TURNPIKE, OLD SAYBROOK, CT 06475-4209 |
| 27088521 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 30 2022 20:43:27 | Sprint, PO Box 629023, El Dorado Hills, CA 95762 |
| 27088520 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 30 2022 20:35:00 | Spectrum, 1600 Dublin Road, Columbus, OH 43215-2098 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron T Kimbrell | on behalf of Debtor Robert S Fuller Jr. akimbrell@fairmaxlaw.com, paralegal3@fairmaxlaw.com,aaron@kimbrell-law.com,paralegal1@fairmaxlaw.com;r64271@notify.bestcase.com,6016@notices.nextchapterbk.com;davidiennajr64271@notify.bestcase.com |
| Douglas A. Dymarkowski | doug.dadlaw@bex.net tony.dadlaw@bex.net;ecf.alert+Dymarkowski@titlexi.com |
| Scott R. Belhorn ust35 | on behalf of U.S. Trustee Andrew R. Vara Scott.R.Belhorn@usdoj.gov |

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: March 30 2022**

_____
Mary Ann Whipple
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No.   21-31834 |
| | ) | |
| **Robert S. Fuller, Jr.** | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | JUDGE MARY ANN WHIPPLE |
| | ) | |

### ORDER VACATING CASE CLOSING

This case comes before the Court upon its own review of the file, specifically the Final Decree [Doc #35], dated February 22, 2022. Pursuant to F.R.Civ.P. 60(a), made applicable to this case by F.R.Bankr.P. 9024, the Court finds that this case closing was processed in error.

For good cause shown, it is

**ORDERED** that the Final Decree [Doc #35] is hereby **VACATED** and the case is **REOPENED WITHOUT THE PAYMENT OF A FILING FEE**.

###